**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    JUNIOR WILLIAMS,

10              Plaintiff,                        No. C 02-02745 JSW

11       v.
                                                 **ORDER OF REFERRAL**
12   DALY CITY POLICE OFFICERS
     C. AUSTRIA and M. PRICE,
13
                Defendants.
14   _____/

15          Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is also referred

16   to a randomly assigned magistrate judge to conduct a settlement conference.  The settlement

17   conference shall be conducted by September 30, 2005, if possible.  The parties will be advised

18   of the date, time and place of appearance by notice from the assigned magistrate judge.

19

20          **IT IS SO ORDERED.**

21

22

     Dated:  June 7, 2005                         __/s/ Jeffrey S. White_____
23                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
24

25

26
     cc: Wings Hom
27

28