IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUNIOR WILLIAMS,

    Plaintiff,

v.

DALY CITY POLICE OFFICERS
C. AUSTRIA and M. PRICE,

    Defendants.
_____/

No. C 02-02745 JSW

**ORDER OF REFERRAL**

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is also referred to a randomly assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted by September 30, 2005, if possible. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: June 7, 2005

          /s/ Jeffrey S. White
          JEFFREY S. WHITE
          UNITED STATES DISTRICT JUDGE

cc: Wings Hom