IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUNIOR WILLIAMS,

    Plaintiff,

  v.

DALY CITY POLICE OFFICERS
C. AUSTRIA and M. PRICE,

    Defendants.
_____/

No. C 02-02745 JSW

**ORDER RE DISCOVERY DISPUTE**

The Court, having received the parties' letter brief dated November 18, 2005, HEREBY ORDERS the parties to submit by e-filing a copy of the disputed discovery requests and responses by no later than 4:00 p.m. today, November 21, 2005. After receiving the submissions, the Court will advise the parties if additional briefing or a hearing will be necessary.

**IT IS SO ORDERED.**

Dated: November 21, 2005

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE