1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
7

JUNIOR WILLIAMS,

8

     Plaintiff,                                                   No. C 02-02745 JSW

9

  v.

10

DALY CITY POLICE OFFICERS
C. AUSTRIA and M. PRICE,

**ORDER RE HEARING ON
DISCOVERY DISPUTE**

11
12

     Defendants.

_____/

13

     The Court, having received the parties' letter brief dated November 18, 2005, and the

14
15

supplemental submission of copies of the disputed discovery requests and responses finds that a

16

hearing is necessary to resolve the dispute.  Therefore, the Court sets a telephonic hearing for

17

2:00 p.m. on Tuesday, November 22, 2005.  Counsel shall call Jennifer Ottolini, the Court's

18

Deputy Clerk at (415) 522-4173, by no later than 10:00 a.m. on November 22, 2005 to

19

designate a non-cellular telephone number at which they can be reached.  Counsel shall be

20

available at that number at 2:00 p.m. for the hearing on the pending discovery dispute.  At the

21

hearing, counsel should be prepared to identify in order each disputed discovery request by type

22

and number.  The Court will not entertain argument about purported waiver of objections.

23
24

     **IT IS SO ORDERED.**

25
26

Dated: November 21, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

27
28

**United States District Court**
For the Northern District of California