IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUNIOR WILLIAMS,

    Plaintiff,

v.

DALY CITY POLICE OFFICERS
C. AUSTRIA and M. PRICE,

    Defendants.

No. C 02-02745 JSW

**ORDER RE PLAINTIFF'S MOTION FOR DISCOVERY AND ORDER TO SHOW CAUSE RE SANCTIONS**

    The Court, having received Plaintiff's motion for discovery, HEREBY ORDERS that the parties to the dispute follow the undersigned's procedures for resolving discovery disputes. *See* Standing Order ¶ 7.  The Court has already specifically admonished counsel during its hearing on Defendant's discovery dispute on November 22, 2005, that all discovery disputes must be filed pursuant to this Court's Standing Orders.

    All requests for discovery relief must be summarized jointly by the parties in a letter brief not to exceed four pages.  The joint letter must attest that, prior to filing the request for relief, counsel met and conferred in person and must concisely summarize those remaining issues that counsel were unable to resolve. The joint letter brief may not be accompanied by declarations; however any specific excerpt of disputed discovery material may be attached. After receiving the letter, the Court will advise the parties if additional briefing or a hearing will be necessary.

The parties are HEREBY ORDERED to meet and confer in person and to submit a joint letter summarizing the remaining issues to be resolved by no later than December 30, 2005.

In addition, this Court HEREBY ISSUES an order to show cause why Plaintiff's counsel should not be sanctioned in the amount of $500 for failure to comply with this Court's Standing Orders.  Plaintiff's counsel's separate written response shall be due no later than December 30, 2005.

**IT IS SO ORDERED.**

Dated:  December 21, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE