1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUNIOR WILLIAMS,

     Plaintiff,

     v.

DALY CITY POLICE OFFICERS C.
AUSTRIA and M. PRICE,

     Defendants.

                                /

No. C 02-02745 JSW

**ORDER OF REFERRAL TO
MAGISTRATE JUDGE FOR
SETTLEMENT CONFERENCE**

     Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to either Magistrate Judge Elizabeth D. LaPorte or Magistrate Judge James Larson to conduct a settlement conference by no later than April 15, 2006 if possible.

     The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

     **IT IS SO ORDERED.**

Dated: March 10, 2006

                         JEFFREY S. WHITE
                         UNITED STATES DISTRICT JUDGE