IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUNIOR WILLIAMS,

    Plaintiff,

    v.

DALY CITY POLICE OFFICERS
C. AUSTRIA and M. PRICE,

    Defendants.
    _____/

No. C 02-02745 JSW

**ORDER RE DISCOVERY DISPUTE CONCERNING SUBPOENAS**

    The Court, having received Defendants' two-page portion of their letter brief setting out a discovery dispute and having failed to receive a response from Plaintiff, rules as follows. Discovery is closed. This Court's order dated March 14, 2006 reopened discovery for 20 days for the single and limited purpose of affording Defendants an opportunity to depose Mr. Saunders. Plaintiff's subpoenas of the business records from San Mateo Correctional Health Services, San Mateo County Willow Clinic, Ubaldo F. Sanchez, PhD and San Mateo Medical Center violates this Court's orders. Those subpoenas are hereby quashed. To the extent Plaintiff requires authentication of records at trial already acquired through discovery, the parties are encouraged to meet and confer in order to stipulate to the admissibility of those records.

    **IT IS SO ORDERED.**

Dated: March 28, 2006

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE