IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>DALY CITY POLICE OFFICERS C. AUSTRIA and M. PRICE,<br><br>    Defendants.<br>_____/ | No. C 02-02745 JSW<br><br>**ORDER CLARIFYING DATES SET AT CASE MANAGEMENT CONFERENCE** |

    The Court conducted a further case management conference on May 12, 2006 at 9:00 a.m. to address outstanding dates in this matter. For the sake of clarification, the Court reiterates the upcoming dates and related deadlines:

- The motion to substitute shall be heard on June 23, 2006 at 9:00 a.m.;

- Following Civil Local Rules 7-2 and 7-3, the notice and supporting papers on the motion to substitute shall be filed no later than May 19, 2006; the opposition papers shall be filed no later than June 2, 2006; and the reply shall be filed no later than June 9, 2006;

- The motion to substitute shall address any remaining legal issues regarding the scope or limitation of claims;

- The pending motion to amend the complaint shall also be heard on June 23, 2006 at 9:00 a.m.;

- The Court will allow Defendants to file an amended opposition to the motion to amend which shall be filed no later than June 2, 2006 and shall not exceed 25 pages in length;

- Due to changed circumstances, the Court granted Plaintiff's request for an extension of time to file a reply for the motion to amend (which was originally due April 28, 2006). Therefore, any reply on the pending motion to amend shall be filed no later than June 9, 2006 and shall not exceed 15 pages in length;
- The Court will conduct a further case management conference following the hearing on the motions, also set for June 23, 2006 at 9:00 a.m.;
- The parties shall file a joint case management conference statement no later than June 16, 2006 setting out the parties' proposed, expedited dates for a pretrial conference and the commencement of trial;
- The Court furthered ordered the parties to attend a further settlement conference before Magistrate Judge Elizabeth D. LaPorte to be conducted as soon as possible, and to be completed by no later than August 14, 2006, if possible.

**IT IS SO ORDERED**.

Dated: May 12, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE