IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>DALY CITY POLICE OFFICERS C. AUSTRIA and M. PRICE,<br><br>    Defendants.<br>_____ / | No. C 02-02745 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE RE MOTION FOR JUDGMENT AS A MATTER OF LAW** |

    This matter is set for a final pretrial conference on Monday, November 27, 2006 at 2:00 p.m. On October 13, 2006, Plaintiff filed a motion for judgment as a matter of law and did not set the motion for hearing. The Court shall hear Plaintiff's motion on November 27, 2006 at the pretrial conference.

    The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 6, 2006 and a reply brief, if any, shall be filed by no later than November 13, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED**.

Dated: October 25, 2006

                                                    JEFFREY S. WHITE<br>
                                                  UNITED STATES DISTRICT JUDGE