| | |
|---|---|
| 1 | Berehanu H. Challa, esq., sbn179405<br>LAW OFFICE OF BEREHANU H. CHALLA |
| 2 | 1600 Adams Drive, suite 217<br>Menlo Park, CA 90425 |
| 3 | Tel. (650)688-5786, fax (650)688-5787 |
| 4 | Attorney for plaintiff |
| 5 | JUNIOR WILLIAMS' HEIRS<br>CAROL ALLEN, et al. |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUNIOR WILLIAMS' HEIRS,<br>CAROL ALLEN, et al., | ) | CASE NO. C 02-2745 JSW (PR) |
| PLAINTIFFS, | ) | |
| VS. | ) | NOTICE OF SETTLEMENT TO THE COURT AND ORDER THEREON |
| DALY CITY POLICE OFFICERS C.<br>AUSTRIA AND M. PRICE | ) | |
| DEFENDANTS. | ) | |

Plaintiffs JUNIOR WILLIAMS' HEIRS, CAROL ALLEN, et al., hereby notify the Court that this action between Plaintiffs and Defendants Daly City Police Officers C. Austria and M. Price is settled. Plaintiffs respectfully request the court to take the case off the calendar and vacate all schedules for Pretrial Conferences and the trial dates.

Dated: December 28, 2006          LAW OFFICES OF BEREHANU H. CHALLA

                                  By: (S) Berehanu H. Challa
                                      Berehanu H. Challa, Esq.
                                      Attorney for JUNIOR WILLIAMS' HEIRS
                                      CAROL ALLEN, et al.

IT IS SO ORDERED
Jeffrey S. White
Judge Jeffrey S. White

Dated: January 2, 2007

1