IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>DALY CITY POLICE OFFICERS<br>C. AUSTRIA and M. PRICE,<br><br>    Defendants. | No. C 02-02745 JSW<br><br>**ORDER RE FILING**<br>**STIPULATION OF DISMISSAL** |

On December 28, 2006, the Court received Plaintiff's notice of settlement requesting that the Court "take the case off the calendar and vacate all schedules for Pretrial Conferences and the trial dates." However, the Court has yet to receive a stipulation and order of dismissal. Therefore, the Court HEREBY ORDERS that Plaintiff shall file a stipulation and order of dismissal by no later than August 10, 2007 to remove this case from the Court's active docket. Failure to do so may result in monetary sanctions.

**IT IS SO ORDERED.**

Dated: July 24, 2007

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE