```
Berehanu H. Challa, esq., sbn179405
LAW OFFICE OF BEREHANU H. CHALLA
1600 Adams Drive, suite 217
Menlo Park, CA 90425
Tel. (650)688-5786, fax (650)688-5787

Attorney for plaintiff
JUNIOR WILLIAMS' HEIRS
CAROL ALLEN, et al.
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR WILLIAMS' HEIRS, CAROL ALLEN, et al., <br><br> PLAINTIFFS, <br><br> VS. <br><br> DALY CITY POLICE OFFICERS C. AUSTRIA AND M. PRICE <br><br> DEFENDANTS. | CASE NO. C 02-2745 JSW (PR) <br><br> **STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiffs JUNIOR WILLIAMS' HEIRS, CAROL ALLEN, et al., and Defendants, through their respective counsel of record that Plaintiffs' Complaint and all causes of action and claim for relief as alleged against Defendants are dismissed with prejudice, and that the parties will bear their own costs and attorneys' fees.

Dated: July 30, 2007                LAW OFFICES OF BEREHANU H. CHALLA

                                    By: (S) Berehanu H. Challa
                                        Berehanu H. Challa, Esq.
                                        Attorney for JUNIOR WILLIAMS' HEIRS
                                        CAROL ALLEN, et al.

Dated: July ____, 2007              MEYERS, NAVE, RIBACK, SILVER & WILSON
                                    By:_____
                                        Kimberly E. Colwell, Esq.
                                        Attorney for Defendants

1

**ORDER**

Good cause appearing therefor, it is so ordered.

Dated:  August 1 , 2007

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

2